Submitted on record and briefs January 4, reversed in part; otherwise affirmed February 6, 2002

STATE ex rel ANTONIO SANCHEZ PALACIOS,
*Appellant,*

*v.*

Diane M. REA,
Chairperson,
Board of Parole and Post-Prison Supervision,
*Respondent.*

00C-10960; A109434

39 P3d 289

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kaye E. McDonald, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from the trial court's dismissal of his petition for writ of mandamus. As part of its judgment, the court required plaintiff to pay filing fees of $167, which the trial court had initially deferred pursuant to ORS 21.605(1)(a). Plaintiff challenges both the dismissal and the imposition of filing fees. We reject without discussion plaintiff's arguments as to the merits of the dismissal. However, as defendant concedes, the judgment for filing fees was erroneous. *See State ex rel Baker v. Cook*, 171 Or App 719, 16 P3d 1184 (2000).

Judgment for filing fees of $167 reversed; otherwise affirmed.